PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Terrance Oliver  
**Docket Number:** 03-00844-021  
**PACTS Number:** 39438

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN  
SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/01/2007

**Original Offense:**

COUNT 36: CONSPIRACY TO COMMIT ASSAULT WITH A DANGEROUS WEAPON IN AID OF RACKETEERING, 18 U..S.C. § 1959(a)(6)

COUNT 48: USE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE, 18 U.S.C. § 924 (c)(1)(A)(I)

**Original Sentence:** 81 months imprisonment; 3 years supervised release. Special conditions: Drug aftercare, and gang association prohibition.

**Type of Supervision:** supervised release  
**Date Supervision Commenced:** 06/09/10

**Assistant U.S. Attorney:** Serina Vash, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Robert J. Haney, 12 Roszel Road, Suite A104, Princeton, New Jersey 08540, (609) 243-7070

---

## PETITIONING THE COURT

[X] To issue a warrant  
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | The offender violated the law as evidenced by his arrest by the Newark Police Gang Unit on December 30, 2011, for possession of a controlled dangerous substance(heroin), possession of a controlled dangerous substance(heroin) with intent to distribute, and possession of a controlled dangerous substance(heroin) within 500 feet of public property. |

2. The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

    The offender is unemployed and has failed to maintain steady, full-time, gainful employment throughout the term of supervision.

3. The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

    The offender used marijuana on August 20, 2011, as evidenced by his verbal and written admission during contact with the offender on September 21, 2011.

4. The offender has violated the special supervision condition which states 'ALCOHOL/DRUG TESTING AND TREATMENT

    You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'

    The offender failed to submit random urine specimens at the Northeast Lifeskills Program on July 15, August 11, August 25, September 21, September 30, October 20, October 22, November 8, November 15, December 15, 2010, January 14, January 28, February 2, February 23, and March 28, 2011 pursuant to Code-A-Phone instructions.

5. The offender has violated the special supervision condition which states 'PROHIBITIONS ON GANG/CRIMINAL ASSOCIATIONS

    You shall refrain from associating with, or being in the company of, any members of any street gang, outlaw motorcycle gang, traditional or non-traditional organized crime group, or any other identified threat group. You shall be restricted from frequenting any location where members of said organizations are known to congregate or meet. You shall not have in your possession any item or paraphernalia which has any significance or is evidence of affiliation with said organizations.'

    According to the Newark Police arrest report, the offender was present in a known geographical area frequented by members of the Double II set of the Bloods street gang, at the time of his arrest on December 30, 2011 by the Newark Police Gang Unit.

PROB 12C - Page 3
Terrance Oliver

I declare under penalty of perjury that the foregoing is true and correct.

*Kevin J Mullens*

By: Kevin J Mullens
    Senior U.S. Probation Officer
Date: 1/23/12

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1/24/12
_____
Date