UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 03-844-21 |
| TERRANCE JONES,<br>a/k/a "TERRANCE OLIVER" | : | <u>ORDER AMENDING PETITION</u> |
| | : | |

This matter having been raised in open Court on December 11, 2012 upon the application of Defendant Terrance Jones, also known and named in the January 23, 2012 Petition for Violation of Supervised Release as Terrance Oliver (Linwood Jones, Esq., appearing), for an order amending and correcting the Petition to reflect Defendant's true name, and Paul J. Fishman, United States Attorney for the District of New Jersey (Serina M. Vash, Assistant U.S. Attorney, appearing) having consented to the same; and

It appearing that the true name of Defendant "Terrance Oliver" is Terrance Jones; and

It further appearing that both names "Terrance Oliver" and "Terrance Jones" appeared in Indictment No. 03-844-21; and

It further appearing that amending and correcting the Petition for Violation of Supervised Release, for underlying Indictment No. 03-844-21, to reflect Defendant's true name would not prejudice any substantial rights of the Defendant; and

It further appearing that amending and correcting the Petition for Violation of Supervised Release to reflect Defendant's true name is an amendment as to form only:

IT IS on this 11th day of December, 2012,

ORDERED that Defendant's application be, and is hereby, GRANTED; and it is further

ORDERED that the January 23, 2012 Petition for Violation of Supervised Release be, and is hereby, amended and corrected to reflect Defendant's true name; and it is further

ORDERED that the name "Terrance Oliver" in the January 23, 2012 Petition for Violation of Supervised Release be, and is hereby, corrected and amended to "Terrance Jones, a.k.a. Terrance Oliver" and all further proceedings and papers filed or otherwise submitted to the Court in this matter shall reflect the same.

So ORDERED.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge